```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 22897
    LINDA B COLLINS
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

        Debtor
    SSN XXX-XX-5107

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 12/05/2007 and was confirmed 05/22/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 08/21/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------
ROUNDUP FUNDING LLC       UNSECURED         2253.90             .00             .00
AMERICAN HOME MTG         CURRENT MORTG         .00             .00             .00
AMERICAN HOME MTG         MORTGAGE ARRE         .00             .00             .00
COMMONWEALTH EDISON       UNSECURED          632.38             .00             .00
ASSET ACCEPTANCE LLC      UNSECURED         1457.27             .00             .00
MIDLAND CREDIT MANAGEMEN  UNSECURED          684.31             .00             .00
RONALD B LORSCH           REIMBURSEMENT      274.00             .00          274.00
PAUL DURHAM               NOTICE ONLY   NOT FILED             .00             .00
OPTION ONE MORTGAGE       NOTICE ONLY   NOT FILED             .00             .00
RONALD B LORSCH           DEBTOR ATTY      3,500.00                        1,003.88
TOM VAUGHN                TRUSTEE                                            111.12
DEBTOR REFUND             REFUND                                                .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              1,389.00

PRIORITY                                   274.00
SECURED                                       .00
UNSECURED                                     .00
ADMINISTRATIVE                            1,003.88
TRUSTEE COMPENSATION                        111.12
DEBTOR REFUND                                 .00
                    ---------------      ---------------
TOTALS               1,389.00             1,389.00




               PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 22897 LINDA B COLLINS
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/20/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE